IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02667-STV

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff, v.

NAVA REAL ESTATE DEVELOPMENT, LLC,

Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**

---

Plaintiff, by and through his attorney, Ari Hillel Marcus, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all claims in this action with prejudice, each party to pay its own costs and attorney fees. By the filing of this Notice the above civil action is deemed resolved and the case closed.

-2-

Respectfully submitted this 12th day of October 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF

-2-